#6276595   02329   MMK/as   09/02/2022                                                               2022N-0168

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KAREN WOJCIKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.; and<br>JOSEPH LAIZURE,<br><br>Defendants. | No. 2022L008348<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

**COMPLAINT AT LAW**

Plaintiff, KAREN WOJCIKOWSKI, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of defendants, CSX TRANSPORTATION, INC. and JOSEPH LAIZURE, and each of them, states as follows:

**COUNT I**

**CSX Transportation, Inc. - Negligence/Personal Injury - Karen Wojcikowski**

1. On November 5, 2020, Harlem Avenue was a public roadway running in a general north/south direction at or near its intersection with West 71st Street in Chicago, Cook County, Illinois.

2. At said time and place, plaintiff, KAREN WOJCIKOWSKI, operated a motor vehicle in a southbound direction on Harlem Avenue.

3. At said time and place, Joseph Laizure operated a motor vehicle southbound on Harlem Avenue behind the motor vehicle operated by plaintiff, KAREN WOJCIKOWSKI.

4. At said time and place, the motor vehicle operated by Joseph Laizure came into contact with the rear of the motor vehicle operated by plaintiff, KAREN WOJCIKOWSKI.

1

**EXHIBIT A**

5. At said time and place, Joseph Laizure was an employee and/or agent of defendant, CSX TRANSPORTATION, INC.

6. At said time and place, Joseph Laizure was acting within the course and scope of his employment and/or agency of defendant, CSX TRANSPORTATION, INC.

7. At said time and place, defendant, CSX TRANSPORTATION, INC., individually and by and through its agent and/or employee, Joseph Laizure, was negligent in one or more of the following ways:

a. operated, managed, maintained, and controlled a motor vehicle so that as a direct and proximate result thereof, plaintiff, KAREN WOJCIKOWSKI, was injured;

b. operated a motor vehicle without keeping a proper and sufficient lookout;

c. proceeded and accelerated at a speed which was greater than reasonable and proper with regard to traffic conditions and use of the roadway, or which otherwise endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 (2018);

d. failed to maintain control of a motor vehicle upon the roadway;

e. failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601(2018);

f. operated, managed, maintained, controlled, and drove a motor vehicle into collision with the rear end of the motor vehicle then and there operated by plaintiff, KAREN WOJCIKOWSKI;

g. operated a motor vehicle with a willful and wonton disregard for the safety of person or property, in violation of 625 ILCS 5/11-503(2018);

h. failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/12-301 (2018); and

i. failed to give audible warning with a horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601 (2018).

EXHIBIT A

8. As a proximate result of one or more of the aforesaid negligent acts and/or omissions, plaintiff, KAREN WOJCIKOWSKI, sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, KAREN WOJCIKOWSKI, demands judgment against defendant, CSX TRANSPORTATION, INC., in an amount in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT II

### Motor Vehicle Negligence - Personal Injury - Karen Wojcikowski

1. On November 5, 2020, Harlem Avenue was a public roadway running in a general north/south direction at or near its intersection with West 71st Street in Chicago, Cook County, Illinois.

2. At said time and place, plaintiff, KAREN WOJCIKOWSKI, operated a motor vehicle in a southbound direction on Harlem Avenue.

3. At said time and place, defendant, JOSEPH LAIZURE, operated a motor vehicle southbound on Harlem Avenue behind the motor vehicle operated by plaintiff, KAREN WOJCIKOWSKI.

4. At said time and place, the motor vehicle operated by defendant, JOSEPH LAIZURE, came into contact with the rear of the motor vehicle operated by plaintiff, KAREN WOJCIKOWSKI.

5. At said time and place, defendant, JOSEPH LAIZURE, was negligent in one or more of the following ways:

    a. operated, managed, maintained, and controlled a motor vehicle so that as a direct and proximate result thereof, plaintiff, KAREN WOJCIKOWSKI, was injured;

**EXHIBIT A**

    b.    operated a motor vehicle without keeping a proper and sufficient lookout;

    c.    proceeded and accelerated at a speed which was greater than reasonable and proper with regard to traffic conditions and use of the roadway, or which otherwise endangered the safety of persons or property, in violation of 625 ILCS 5/11-601 (2018);

    d.    failed to maintain control of a motor vehicle upon the roadway;

    e.    failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601(2018);

    f.    operated, managed, maintained, controlled, and drove a motor vehicle into collision with the rear end of the motor vehicle then and there operated by plaintiff, KAREN WOJCIKOWSKI;

    g.    operated a motor vehicle with a willful and wonton disregard for the safety of person or property, in violation of 625 ILCS 5/11-503(2018);

    h.    failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/12-301 (2018); and

    i.    failed to give audible warning with a horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601 (2018).

6.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions, plaintiff, KAREN WOJCIKOWSKI, sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, KAREN WOJCIKOWSKI, demands judgment against defendant, JOSEPH LAIZURE, in an amount in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

*/s/ Michelle M. Kohut*
Michelle M. Kohut

Michelle M. Kohut
Corboy & Demetrio P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
ARDC No.: 6276595
Primary E-mail: ccfiling@corboydemetrio.com

**EXHIBIT A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KAREN WOJCIKOWSKI, | |
| Plaintiff, | |
| v. | No. 2022L008348 |
| CSX TRANSPORTATION, INC.; and JOSEPH LAIZURE, | |
| Defendants. | |

## AFFIDAVIT

I, MICHELLE M. KOHUT, state under oath:

1. I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
CORBOY & DEMETRIO, P.C.
By: Michelle M. Kohut

SUBSCRIBED and SWORN to before me this
16th day of September, 2022.

```
"OFFICIAL SEAL"
OSCAR BLAS
Notary Public, State of Illinois
My Commission Expires 03-17-2025
```

_____
NOTARY PUBLIC

Michelle M. Kohut
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
ARDC No. 6276595
Primary E-Mail: ccfiling@corboydemetrio.com

**EXHIBIT A**